UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARK DAVID HOOK | * | CIVIL ACTION NO. 2:11-CV-00131 |
| Petitioner | * | |
| V. | * | JUDGE MINALDI |
| ERIC HOLDER, JR., ET AL. | * | |
| Respondents | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 81] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* be and hereby is **DENIED**, and the above captioned matter be and hereby is **DISMISSED, WITHOUT PREJUDICE**.

Lake Charles, Louisiana, this 29 day of September, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE